IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NETLIST, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:25-CV-00552-JRG |
| | § | |
| MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., MICRON TECHNOLOGY TEXAS LLC, | § § § | |
| | § | |
| *Defendants*. | § | |

# ORDER

Before the Court is the Motion to Dismiss Without Prejudice (the "Motion") filed by Plaintiff Netlist, Inc. ("Plaintiff"). (Dkt. No. 2.) In the Motion, Netlist states that it files its motion for dismissal without prejudice of all claims asserted against Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron technology Texas LLC ("Defendants"). (*Id.* at 1.) Defendants have not yet answered or moved for summary judgment.

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that all the Plaintiff's claims against the Defendants in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief not explicitly granted herein are **DENIED AS MOOT**. The Clerk of Court is directed to **CLOSE** this case.

**So ORDERED and SIGNED this 22nd day of May, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE